AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

LAMARR ROWELL,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:12-cv-00431-LRH-VPC**

JAMES G. COX,

     Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that this action shall be **DISMISSED** without prejudice to the filing of a new complaint on the required civil rights complaint form in a new action under a new docket number with either payment of the filing fee or a properly completed pauper application, with new financial attachments.

October 17, 2012       **LANCE S. WILSON**
     Clerk

     /s/ H. Jordan
     Deputy Clerk